# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ABDILAHIWALI AHMED ABDIKADIR,<br><br>*Petitioner*,<br><br>v.<br><br>MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; AND WARDEN, ERO EL PASO CAMP EAST MONTANA,<br><br>*Respondents*. | No. 3:26-CV-00208-LS |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Stipulation of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 11.

**SIGNED** and **ENTERED** on March 2, 2026.

                                                  **LEON SCHYDLOWER**
                                                  **UNITED STATES DISTRICT JUDGE**